# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA ROEDER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAUTZ VINEYARDS, INC.,<br><br>　　　　Defendant. | Case No. 1:21-cv-01115-JLT-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 7, 11) |

　　　　This action was filed on July 22, 2021. (ECF No. 1.) On October 1, 2021, a scheduling order issued, which has not been modified in this action. (ECF No. 7.) No trial date is set in this matter. The nonexpert discovery deadline expires on September 7, 2022; the supplemental expert disclosure deadline expires on September 13, 2022; and the expert discovery cutoff is October 7, 2022. On August 23, 2022, the parties filed as stipulated motion to continue these deadlines by periods of less than thirty (30) days, to allow for the accommodation of witness schedules. (ECF No. 11.) Given the modest request, the fact no trial date is set, and because there is no impact on the dispositive motion filing deadline, the Court finds good cause to grant the request.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the stipulated motion (ECF No. 11) is GRANTED, and the scheduling order (ECF No. 7) is modified as follows:

1. Nonexpert Discovery Deadline: September 13, 2022;
2. Supplemental Expert Disclosure Deadline: October 13, 2022; and
3. Expert Discovery Deadline: November 7, 2022.

All other dates and aspects of the scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated:  **August 23, 2022**

UNITED STATES MAGISTRATE JUDGE