1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| SARA ROEDER, | Civil Action No.  1:21-CV-01115-JLT-SAB |
| Plaintiff, | Assigned to Honorable Jennifer Thurston |
| v. | |
| KAUTZ VINEYARDS, INC.; and DOES 1-25, | [PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| Defendants. | |

12

13

14

15

16

17

Hearing: February 28, 2023
Time:      9:00 a.m.

18

19

Robert E. Coyle United States Courthouse
2500 Tulare Street
Fresno, CA  93721
Courtroom 4, 7th Floor

20

21      Upon consideration of the Stipulation to Continue the Briefing Schedule for Defendant

22   Kautz Vineyards, Inc.'s Motion for Summary Judgement or, in the Alternative, Summary

23   Adjudication of Issues filed jointly by Plaintiff Sara Roeder and Defendant, the Court finds:

24      Good cause exists to continue to deadlines for the parties to file their respective papers in

25   light of Mr. Henderson's unforeseen family emergency.

26   ///

27   ///

28   ///

DOCUMENT PREPARED
ON RECYCLED PAPER

1  Accordingly, the Court ORDERS:

2  1.  Plaintiff's Opposition papers must be filed by January 3, 2023; and

3  2.  Defendant's Reply papers must be filed by January 13, 2023.

4

5  IT IS SO ORDERED.

6  Dated:    **December 19, 2022**

UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28