# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA ROEDER,<br><br>  Plaintiff,<br><br>  v.<br><br>KAUTZ VINEYARDS, INC.,<br><br>  Defendant. | Case No. 1:21-cv-01115 KJM SAB<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS**<br><br>(ECF No. 34) |

The Court conducted a settlement conference in this action on October 1, 2025, and the parties reached a settlement agreement. The terms were placed on the record.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

  1. All pending matters and dates in this action are VACATED;

  2. The parties shall file dispositive documents within thirty (30) days of entry of this order; and

  3. Such dispositive documents shall have an appropriate statement addressing retention of the Court's jurisdiction.

IT IS SO ORDERED.

Dated: **October 2, 2025**          /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE

1