# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA ROEDER,<br><br>    Plaintiff,<br><br>    v.<br><br>KAUTZ VINEYARDS, INC.,<br><br>    Defendant. | Case No. 1:21-cv-01115-KJM-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE DISPOSITIONAL DOCUMENTS BY COURT ORDERED DEADLINE<br><br>(ECF No. 44)<br><br>**SEVEN-DAY DEADLINE** |

       On October 2, 2025, the Hon. Barbara A. McAuliffe conducted a settlement conference where the parties reached a settlement agreement. (ECF No. 44.) On that same day, the Court issued an order setting a 30-day deadline to file dispositional documents. (Id.) The deadline to file dispositional documents has now expired, and Plaintiff has failed to file such documents or otherwise request an extension of time to do so.

       Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000). The Court shall require Plaintiff to show cause why sanctions should not be issued for the failure to file dispositional documents in compliance with the Court's order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff show cause, in writing, within **seven (7) days** from the entry of this order why sanctions should not issue for the failure to file dispositional documents by the deadline required by the October 2, 2025 order. (ECF No. 44.) Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: **November 12, 2025**

STANLEY A. BOONE
United States Magistrate Judge