# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA ROEDER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAUTZ VINEYARDS, INC.,<br><br>　　　　Defendant. | Case No. 1:21-cv-01115-KJM-SAB<br><br>ORDER DISCHARGING NOVEMBER 12, 2025 ORDER TO SHOW CAUSE AND DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT STIPULATION OF DISMISSAL<br><br>(ECF Nos. 45, 46) |

　　　　On November 12, 2025, the Court issued an order to show cause, requiring the parties to show cause in writing why sanctions should not be imposed for failure to file dispositional documents by the court ordered deadline. (ECF No. 45.) Later that same day, the parties complied with the order and filed a stipulation of dismissal. (ECF No. 46.) Satisfied with the responses from the parties, the Court will therefore discharge the order to show cause and direct the Clerk to close this case.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    The Court HEREBY DISCHARGES the November 12, 2025 order to show cause. (ECF
2 No. 45.)
3    In light of the stipulation (ECF No. 46), this action has been terminated, Fed. R. Civ. P.
4 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been
5 dismissed pursuant to the terms of the stipulation.  Accordingly, the Clerk of the Court is hereby
6 DIRECTED to close the file in this case and adjust the docket to reflect voluntary dismissal of
7 this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:    **November 13, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2